LW May 8, 2024  sundaysinbox@gmail.com

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 1 5 2024
CLERK, U.S. DISTRICT COURT
By_____
Deputy

3-24CV1720-B

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

1100 Commerce St.  Dallas, Texas 75244

ATTENTION: Felicia Worsham. Division Manager, Room 1452

# 6

USDCemergencyfile@txnd.uscourts.gov

02012744 3880 7616 SA PNXA

Lula Westbrook
v.
Department of Health & Human Services Centers for
Medicare & Medicaid Services Center For Clinical Standards And Quality Dallas Regional Office

Gerardo Ortiz

COMPLAINT AND MOTION FOR EMERGENCY INJUNCTION

This Action is brought by Lula Westbrook against Department of Health & Human Services Centers for Medicare & Medicaid Services Center For Clinical Standards And Quality Dallas Regional Office first move indication. Matter Federal Question, claim abstract. Application against Plaintiffs ongoing violation of Defendant's Constitutional rights, Motion For Emergency Injunction, Emergency Relief, COVID relief, miscellaneous relief, transcript include right to Due Process, FEE WAIVE, EMERGENCY EFILE, Emergency Advance, JURY DEMAND, original, appointment of counsel request. Cause 42:1983 Civil Rights Act.

Department of Health & Human Services Centers for Medicare & Medicaid Services Center For Clinical Standards And Quality Dallas Regional Office acting manager, representation Defendant over personal space. Telescope request. Cause 42:1983 Civil Rights Act. Venue proper for matter of Department of Health & Human Services Centers for Medicare & Medicaid Services Center For Clinical Standards And Quality Dallas Regional Office action and reaction. Defendant's course request.. Cause 42:1983 Civil Rights Act. Defendant Department of Health & Human Services Centers for Medicare & Medicaid Services Center For Clinical Standards And Quality Dallas Regional Office imagination served if, need be hearing. Statement process sufficient. Motion for Service. Cause 42: 1983 Civil Rights Act. Manner Serving Defendant Department of Health & Human Services Centers for Medicare & Medicaid Services Center For Clinical Standards And Quality Dallas Regional Office attention to detail sufficient. Voluntary opposition request. Cause 42:1983 Civil Rights Act.

COMPLAINT: Department of Health & Human Services Centers for Medicare & Medicaid Services Center For Clinical Standards And Quality Dallas Regional Office relaxation. Facts allege, Plaintiff's sentient claim enough rights to recover. Case upon which relief granted request. Cause 42:1983 Civil Rights Act. United States 5th Circuit Court of Appeals. Department of Health & Human Services Centers for Medicare & Medicaid Services Center For Clinical Standards And Quality Dallas Regional Office units objective evidence. Case moral obligation, party need to be joined. Motion For Emergency Injunction. 42:1983 Civil Rights Act. Why 28 U.S. Code § 1343, 5/8/24.

Respectfully Submitted,
Lula Westbrook
3727 Bertrand Avenue
Dallas, Texas 75210
972 273 0745



## Wednesday May 8, 2024

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

1100 Commerce St. Dallas, Texas 75244

ATTENTION: Felicia Worsham. Division Manager, Room 1452

## Attachment
## #00

1. Social Security Administration
2. AT&T, Inc.
3. Navy Federal Credit Union
4. United States Postal Service
5. Internal Revenue Service
6. Department of Health & Human Services Centers for Medicare & Medicaid Services Center For Clinical Standards And Quality Dallas Regional Office
7. Linebarger Goggan Blair & Sampson, LLP.
8. Linebarger Goggan Blair & Sampson, LLP., Dallas County, Parkland Hospital District, Dallas College, Dallas County School, Equalization Fund, Dallas Independent School District, City of Dallas.
9. Health & Human Services Commission Office of Guardianship Services, Rehabilitative & Independence Services, Health, Developmental & Independence Services
10. Microsoft Corporation
11. City of Dallas
12. Dallas County
13. PayPal Holdings, Inc.
14. Wells Fargo
15. Judicial Branch Certification Commission
16. Apple

Respectfully,

Lula Westbrook




